UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MATTHEW SINGER | ) |
| Plaintiff | ) |
| v. | ) NO. 3:13-0102 |
| | ) JUDGE CAMPBELL |
| DICKSON COUNTY SHERIFF'S OFFICE, et al | ) |
| Defendants | ) |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/11/13.

KEITH THROCKMORTON, CLERK
s/Althea F. Straughter, Deputy Clerk